UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENREY E. ESTEBAN-ESCALANE, | No. 1:26-cv-0096 DC CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN MESA VERDE ICE PROCESS CTR, et al., | |
| Respondents. | |

    Petitioner, an immigration detainee proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response.

    In accordance with the above, IT IS ORDERED as follows:

    1. Respondent is directed to file a response within 20 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

    2. Petitioner's reply, if any, is due on or before 14 days from the date respondent's answer is filed.

////

1

1    3. The Clerk of the Court shall serve a copy of this order together with a copy of
2  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United
3  States Attorney.

Dated: January 08, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 este0096.300